**Roland JOHNSON, Respondent,**

v.

**Gerald NIEDENS and Cynthia Niedens, Appellants.**

No. WD 60586.

Missouri Court of Appeals, Western District.

May 27, 2003.

Les D. Wight, Independence, for appellant.

Steven C. Effertz, Independence, for respondent.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Gerald and Cynthia Niedens appeal from the trial court's judgment awarding Roland Johnson $6,000 on a breach of contract claim relating to his purchase of a house from the Niedens. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

**Jared K. INNIS, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

No. WD 61924.

Missouri Court of Appeals, Western District.

May 27, 2003.

Jeffrey S. Eastman, Gladstone, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette D. Douglass, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before: ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Mr. Jared K. Innis appeals from the judgment of the trial court, which sustained the administrative suspension of his driving privileges following his arrest for driving while intoxicated. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).